# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUIE N. COLE

VERSUS

THE ESTATE OF JODY G.
LASALLE, AND/OR UNOPENED
SUCCESSION OF JODY G.
LASALLE, THROUGH ITS DULY
AUTHORIZED SUCCESSION
REPRESENTATIVE, CONTINENTAL
INSURANCE COMPANY, ARIANA
SKY SMITH, AND THE STATE OF
LOUISIANA THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.  2022 CW 0600

**JUNE 10, 2022**

---

In Re:     State of Louisiana, through the Department of
           Transportation and Development, applying for
           supervisory writs, 22nd Judicial District Court,
           Parish of St. Tammany, No. 2018-14176.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**STAY DENIED; WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.Snl*

DEPUTY CLERK OF COURT
FOR THE COURT